**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Arturo RUIZ–SERVIN, aka**
**Mario Dominquez–Perez,**
**Defendant—Appellant.**

No. 08–50222.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed March 27, 2009.

Nicole Acton Jones, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Frederick Carroll, Law Offices of Frederick M. Carroll, San Diego, CA, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Arturo Ruiz–Servin appeals from the 57–month sentence imposed following his jury-trial conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

Ruiz–Servin contends that the above-Guidelines range sentence imposed was unreasonable because the district court: (1) relied on a general policy objective rather than an individualized determination of the facts; (2) placed undue weight on his criminal history; and (3) failed to explain why it rejected his arguments for a lower sentence. We conclude that the district court did not procedurally err, and that the sentence imposed is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 596–98, 169 L.Ed.2d 445 (2007); *see also United States v. Perez–Perez,* 512 F.3d 514, 516–17 (9th Cir. 2008); *United States v. Mohamed,* 459 F.3d 979, 988–89 (9th Cir.2006).

We remand to the district court with directions to delete from the judgment of conviction the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct judgment.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.